882 F.2d 513
 Williams (James)
v.
A.C.&S., Inc., a/k/a Acands, Inc., f/k/a Armstrong
Contracting and Supply Corp., Armstrong World Industries,
Inc., Anchor Packing Co., Atlas Turner, Ltd., f/k/a Atlas
Asbestos Co., Bell Asbestos Mines, Ltd., Bird & Sons, Inc.,
Carey Canadian Mines, Ltd., Certainteed Corporation, Charles
A. Wagner Co., Inc., Flint Kote Co., Garlock, Inc.,
McArdle-Desco Corp., Eagle-Picher Industries, Inc.,
Fibreboard Corp., GAF Corp., Ruberoid Corp., Union Carbide Corp., J.P.
 NO. 89-3122
 United States Court of Appeals,
Third Circuit.
 JUL 26, 1989
 
 Appeal From: D.Del.,
 Farnan, J.
 
 
 1
 AFFIRMED.